MH:SW
7B.MOTION

```
                                    FILED
                               IN CLERK'S OFFICE
                            U.S. DISTRICT COURT E.D.N.Y.

                            ★   SEP 11 2007   ★

                               BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                    Cr. No. _____

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - X

        Please take notice that the undersigned will move this Court, before a United States District Judge, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b), Fed.R.Crim.P.

Dated:  Brooklyn, New York
        September 11, 2007

                                    ROSLYNN R. MAUSKOPF
                                    United States Attorney
                                    Eastern District of New York

                     By:  */s/ Mitra Hormozi*
                            Mitra Hormozi
                            Assistant U.S. Attorney
                            (718) 254-6518

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CRIMINAL CASE
INFORMATION SHEET

1. Title of Case: __U.S. v. John Doe__

2. Related Magistrate Docket Number(s): ___None___

3. Arrest Date: ___N/A___

4. Nature of Offense(s):   ___X___ Felony
                           _____ Misdemeanor

5. Related Cases--Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules).

   _____None_____

6. Projected Length of Trial:  Less than 6 weeks   ( X )
                               More than 6 weeks   (   )

7. County in which cause of action arose: __Kings__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules).

8. Has this indictment/information been ordered sealed?   ( X ) Yes   (   ) No

9. Have arrest warrants been ordered?   (   ) Yes   ( X ) No

UNITED STATES ATTORNEY

By: _____/s/ Mitra Hormozi_____
Mitra Hormozi
Assistant U.S. Attorney
(718) 254-6518