

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GDA:MH
F.#2007R01610

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:*  *147 Pierrepont Street*
*Brooklyn, New York 11201*

September 18, 2007

VIA ECF AND BY HAND

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:  United States v. John Doe
               Criminal Docket No. 07-692 (NGG)

Dear Judge Garaufis:

     The government writes to provide notice that it will file a motion to seal the Courtroom in the above-referenced matter.  This motion will be filed under seal.  Further, the government writes to confirm that the Court will address this sealed motion in Court on Tuesday, September 25, 2007, at 9:00 a.m.

                              Respectfully submitted,

                              ROSLYNN R. MAUSKOPF
                              United States Attorney

                         By:  _____
                              Mitra Hormozi
                              Assistant U.S. Attorney
                              718-254-6518

cc:  Clerk of the Court (NGG)
     Defense Counsel