JB:MH
F.# 2007R01610

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA                     UNSEALING ORDER

    - against -

JOHN DOE,                                    Cr. No. 07-692 (NGG)

            Defendant.

- - - - - - - - - - - - - - - -X

      Upon the application of ROSLYNN R. MAUSKOPF, the United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mitra Hormozi, and for good cause having been shown:

      IT IS HEREBY ORDERED that the Clerk of the Court unseal the above-captioned matter.

DATED:   Brooklyn, New York
         September 20, 2007

                                    SO ORDERED

                                    s/Nicholas G. Garaufis
                                    _____
                                    THE HONORABLE NICHOLAS G. GARAUFIS
                                    United States District Judge
                                    Eastern District of New York