JB:JL
F. #2007R01610

```
                                        FILED
                                  IN CLERK'S OFFICE
                              U.S. DISTRICT COURT, E.D.N.Y.

                              ★  MAR 2 7 2008  ★

                                  BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

         Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

No. 07 CR 692 (NGG)

      Upon application of Assistant United States Attorney Joey Lipton, it is hereby ORDERED that the information and transcript from the guilty plea allocution on September 25, 2007, in the above-captioned case, having been previously ordered sealed, be unsealed so the government can comply with its obligations under 18 U.S.C. § 3500.

Date: March 24, 2008
      Brooklyn, New York

                                  s/Nicholas G. Garaufis
                                  _____
                                  UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF NEW YORK